IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARICE ALLEN,

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civil No. 12-15097

HON. ROBERT H. CLELAND

MAG. JUDGE MICHAEL HLUCHANIUK

## JUDGMENT

In Accordance with the Court's "Order Adopting Magistrate Judge's Report and Recommendation filed on October 18, 2013, the Court hereby enters judgment in favor of Plaintiff, reversing the Commissioner's decision and remanding this case to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 18, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 18, 2013, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522